# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                            **PLAINTIFF**

**V.**                 **CASE NO. 4:19-CR-634-JM-2**

**KENNETH HARRIS**                                                 **DEFENDANT**

## ORDER

On August 25, 2020, Defendant Kenneth Harris appeared with counsel Lott Rolfe on the Government's motion to revoke his pretrial release. (Doc. No. 45) The Government was represented by Assistant United States Attorney Jordan Crews.

The Government's motion is based on allegations that, since his release on conditions, Mr. Harris failed to report contact with law enforcement personnel to his pretrial services officer and that, since his release, Mr. Harris has been charged in state court with possession of drug paraphernalia.

Despite Mr. Harris's apparent violations of his conditions of his release, the Court declines to revoke his release. The Court will allow Mr. Harris to remain on pretrial release but cautions that further violations may result in his detention pending trial.

All conditions of Mr. Harris's pretrial release remain in effect, including the conditions that he refrain from violating federal, state or local law and that he report all contact with law enforcement personnel to his pretrial services officer.

IT IS SO ORDERED, this 25th day of August, 2020.

_____
UNITED STATES MAGISTRATE JUDGE